No. 80–1863.   PEABODY COAL CO. *v.* WATT, SECRETARY OF THE INTERIOR.   C. A. D. C. Cir.   Certiorari denied.

No. 80–1866.   LeMASTER *v.* McGONIGLE.   C. A. 3d Cir. Certiorari denied.

No. 80–1868.   BLANCHET *v.* NEW YORK.   Rensselaer County Court, N. Y.   Certiorari denied.

No. 80–1870.   NEW YORK TYPOGRAPHICAL UNION NO. 6 *v.* TRIANGLE PUBLICATIONS, INC.   C. A. 2d Cir.   Certiorari denied.

No. 80–1871.   HOLLY *v.* CHASEN, COMMISSIONER OF CUSTOMS, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 80–1877.   CASSESSE *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 80–1879.   FREEMAN *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 80–1880.   ABCO BUS CO., INC. *v.* MACCHIAROLA, CHANCELLOR, BOARD OF EDUCATION OF THE CITY OF NEW YORK, ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 80–1883.   GARGANO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 80–1885.   McDONALD *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–1886.   OLLIVIER ET AL. *v.* GLITZ ET AL.   C. A. 7th Cir.   Certiorari denied.